IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN LEGAL FOUNDATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | FILE NO. 1:19-cv-03215-JPB |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF SERVICE

I, Kimberly S. Hermann, first being duly sworn, depose and state the following:

1.    I am over the age of eighteen years and am in all respects competent to make this affidavit.

2.    I am the attorney of record for Plaintiff Southeastern Legal Foundation Inc.

3.    Pursuant to Federal Rule of Civil Procedure Rule 4(l), I hereby certify that service, in the above-styled case, of the Complaint, Certificate of Interested Persons and Corporate Disclosure Statement, and Clerk issued Summons, have taken place in the following manner.

4.    Defendant United States Department of Justice was served by certified mail with return receipt requested (green card) on July 17, 2019. Its office received the documents on July 23, 2019, as evidenced by the signature and date of the green card. A copy of the certified mail receipt and green card are attached as Exhibit 1.

5.    The United States Attorney General was served by certified mail with return receipt requested (green card) on July 17, 2019. Its office received the documents on July 23, 2019, as evidenced by the signature and date of the green card. A copy of the certified mail receipt and green card are attached as Exhibit 2.

6.    The United States Attorney for the Northern District of Georgia was served by certified mail with return receipt requested (green card) on July 17, 2019. Its office received the documents on July 19, 2019, as evidenced by the signature and date of the green card. A copy of the certified mail receipt and green card are attached as Exhibit 3.

Further, affiant sayeth not.

This 31st day of July, 2019.

By:   Kimberly S Hermann

Kimberly S. Hermann
Georgia Bar No. 646473
*Attorney for Plaintiff*

Subscribed and sworn to before me this 31st day of July, 2019.

Notary Public

My commission expires: 3/29/2020

Karol Jovette Ayers
DeKalb County, Georgia
My Commission Expires
March 29, 2020

## CERTIFICATE OF SERVICE

This is to certify that on July 31, 2019, a true and correct copy of this Affidavit of Service has been served on Defendant by causing a copy to be sent by First-class mail with proper postage affixed as follows:

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

The Honorable William P. Barr
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

The United States Attorney's Office
Attn: Civil Process Clerk
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309

By: _Kimberly S Hermann_____
Kimberly S. Hermann