# **EXHIBIT 3**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.50
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ 2.80
☐ Return Receipt (electronic) $ ___
☐ Certified Mail Restricted Delivery $ ___
☐ Adult Signature Required $ ___
☐ Adult Signature Restricted Delivery $ ___
Postage $ 1.30
Total Postage and Fees $ 7.60

Postmark Here — JUL 17 2019 — WOODSTOCK SD CPC, USPS, RO-WELL, GA 30075

Sent To: Civil Process Clerk, U.S. Attorney's Office
Street and Apt. No., or PO Box No.: 75 Ted Turner Dr. SW, Ste 600
City, State, ZIP+4®: Atlanta, GA 30303-3309

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 0700 0000 8627 5156

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The United States Attorney's Office
Attn: Civil Process Clerk
Richard B. Russell Fed. Bldg.
75 Ted Turner Drive, SW
Suite 600
Atlanta, GA 30303-3309

9590 9402 1853 6104 5147 56

2. Article Number (Transfer from service label)
7019 0700 0000 8627 5156

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  D. Janson
☐ Agent
☐ Addressee

B. Received by (Printed Name): D. Janson
C. Date of Delivery: 7/19/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt