UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOUTHEASTERN LEGAL FOUNDATION INC., | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:19-CV-03215-JPB |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

## ORDER

This matter comes before the Court on the parties' Joint Motion for Extension of Time [Doc. 12]. For good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED that Defendant shall respond to Plaintiff's Complaint no later than December 12, 2019. Because this is the third extension, it is unlikely that further extensions will be granted.

**SO ORDERED** this 12th day of November, 2019.

J. P. BOULEE
United States District Judge